IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:21-CV-137-DCK

| | |
|---|---|
| LAURA THUN CARPENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KILOLO KIJAKAZI, ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 12) filed April 27, 2022. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

Based on the parties' agreement and applicable authority, the Court will direct that the Commissioner's decision be reversed pursuant to 42 U.S.C. § 405(g) and that this matter be remanded to the Commissioner for further proceedings. <u>See</u> <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993); <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

Sentence four of 42 U.S.C. § 405(g) provides, in pertinent part, that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." Defendant here has moved for reversal of the decision below and for a remand of this case for further administrative proceedings. (Document No. 12). For the reasons stated in the Defendant's motion, the Court finds that remand is appropriate.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Reversal And Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g)" (Document No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion For Summary Judgment" (Document No. 10) be **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter a separate Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and that this matter be **CLOSED**.

**SO ORDERED**.

Signed: April 28, 2022

David C. Keesler
United States Magistrate Judge