# United States District Court
## Western District of North Carolina
### Statesville Division

| | | |
|---|---|---|
| Laura Thun Carpenter**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:21-cv-00137-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2022 Order.

April 29, 2022

*Frank G. John*

Frank G. Johns, Clerk
United States District Court